UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JUAN RAMON JIMENEZ-PABON,

    Petitioner,

v.                                                     Case No. 4:20-cv-571-TKW/MAF

WILLIAM BAR, *et al.*,

    Respondents.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to prosecute and mootness. Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation (Doc. 5) is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED**, and the Clerk shall close the case file.

**DONE AND ORDERED** this day 22nd of February, 2021.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**